STATE OF NEW JERSEY v.
RAY LOUF, JOSEPH ZICARELLI AND FRANK MALLAMACI.

September 19, 1973. Petition for certification granted.

ROBERT SCIORE v. HOBART MANUFACTURING COMPANY.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE HARRIS.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN R. BROPHY.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v.
NEW JERSEY STATE NURSES' ASSOCIATION.

September 19, 1973. Petition for certification granted.